Mary Jo O'Neill, AZ Bar #005924
Sally C. Shanley, AZ Bar # AZ# 012251
Nancy E. Griffiths, IN Bar #19498-64-A
**EQUAL EMPLOYMENT OPPORTUNITY**
**COMMISSION, Phoenix District Office**
3300 N. Central Ave., Suite 690
Phoenix, Arizona  85012
Telephone: (602) 640-4632
Fax: (602) 640-5009
Email:  mary.oneill@eeoc.gov
            sally.shanley@eeoc.gov
            nancy.griffiths@eeo.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission, | ) ) ) |
| Plaintiff, | ) Case No.: ) ) |
| vs. | ) **COMPLAINT** ) **(JURY TRIAL DEMANDED)** |
| Arizona Logistics, Inc. d/b/a DSI Arizona, Inc. and Diligent Delivery Systems, a Foreign Corporation, | ) ) ) ) |
| Defendant. | ) |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and retaliation, and to provide appropriate relief to Kristine Atwell, Billie Smith, Bobbie Griffith, Antonia Hoh, Megen Anne Provan, and a class of women who were adversely affected by such practices during their employment by Arizona Logistics, Inc. doing business as DSI Arizona, Inc. and Diligent Delivery Systems, ("Defendants"). The Commission alleges that Kristine Atwell, Billie Smith, Bobbie Griffith, Antonia

Hoh, Megen Anne Provan, and a class of women were subjected to unwelcome verbal and physical sexual harassment by Diligent Delivery General Manager, Mark Berault. The Commission also alleges that DSI Arizona constructively discharged Bobbie Griffith and Megen Anne Provan, and that DSI Arizona retaliated against Kristine Atwell, Antonia Hoh, and Billie Smith.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) and 707 of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e-5 (f)(1) and(3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Arizona.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Sections 706(f)(1) and (3) and 707 of Title VII, 42 U.S.C. §2000e-5(f)(1) and (3).

4. At all relevant times, Defendants, foreign corporations, have continuously been doing business in the State of Arizona, including the City of Phoenix, and have continuously had at least 15 employees.

5. At all relevant times, Defendants have continuously been employers engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Kristine Atwell and Billie Smith filed charges of discrimination with the Commission alleging violations

of Title VII by Defendants. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least October 2004, Defendants have engaged in unlawful employment pattern or practice violation of Section 703(a) of Title VII, 42 U.S.C. §§2000e-2(a). This pattern or practice includes the repeated verbal sexual harassment and egregious physical sexual harassment, including sexual assaults of Kristine Atwell, Billie Smith, Bobbie Griffith, Antonia Hoh, Megen Anne Provan, and a class of women because of their sex, female. These practices include, but are not limited to:

   a. Comments of a sexually explicit nature to female employees by Mark Berault, including suggestions that he would like to have sex with a class of female employees;.
   b. Physical sexual assaults of female employees by Mark Berault, including rape; and,
   c. Constructively discharging a class of female employees because of their sex, female.

8. Since at least October 2004, Defendants engaged in unlawful retaliatory pattern or practice at its Phoenix, Arizona facility in violation of 704(a) of Title VII, 42 U.S.C. §§2000e-3(a). These retaliatory employment policies or practices include, but are not limited to, terminating and/or constructively discharging female employees who opposed the sexual harassment or other behavior they reasonably believed to be discriminatory.

9. The effect of the practices complained of in paragraphs 7 and 8 above has been to deprive Kristine Atwell, Billie Smith, Bobbie Griffith, Antonia Hoh, Megen Anne Provan, and a class of women of equal employment opportunities and otherwise adversely affect their status as employees, because of their sex, female.

10. The unlawful employment practices complained of in paragraphs 7 and 8above were intentional.

11. The unlawful employment practices complained of in paragraphs 7 and 8 above were done with malice and/or with reckless indifference to the federally protected rights of Kristine Atwell, Billie Smith, Bobbie Griffith, Antonia Hoh, Megen Anne Provan and a class of women employed by Diligent Delivery.

### PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendants, their officers, successors, assigns, and all persons in active concert or participation with them, from engaging in the harassment of employees because of sex and any other employment practice which discriminates on the basis of sex.

B. Grant a permanent injunction enjoining Defendants, their officers, successors, assigns, and all persons in active concert or participation with them, from engaging in any employment practice which discriminates or retaliates against any individual because of the individual's opposition to perceived unlawful employment practices and/or because the individual filed a charge, testified, assisted, or participated in an investigation or proceeding under Title VII.

C. Order Defendants to institute and carry out policies, practices, and programs which provide equal employment opportunities for women, and which eradicate the effects of its past and present unlawful employment practices.

D. Order Defendants to make whole Kristine Atwell, Billie Smith, Bobbie Griffith, Antonia Hoh, Megen Anne Provan and a class of women, by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including, but not limited to, reinstatement or front pay.

E. Order Defendants to make whole Kristine Atwell, Billie Smith, Bobbie Griffith, Antonia Hoh, Megen Anne Provan and a class of women, by providing compensation for past and future pecuniary losses resulting from the unlawful

employment practices described in paragraphs 7 and 8 above, in amounts to be determined at trial.

  F. Order Defendants to make whole Kristine Atwell, Billie Smith, Bobbie Griffith, Antonia Hoh, Megen Anne Provan and a class of women, by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraphs 7 and 8 above, including but not limited to emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

  G. Order Defendants to pay Kristine Atwell, Billie Smith, Bobbie Griffith, Antonia Hoh, Megen Anne Provan and a class of women punitive damages for its malicious and reckless conduct described in paragraphs 7 and 8 above, in amounts to be determined at trial.

  H. Grant such further relief as the Court deems necessary and proper in the public interest.

  I. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 30th day of September, 2009.

        JAMES L. LEE
        Acting General Counsel

        GWENDOLYN YOUNG REAMS
        Associate General Counsel

        EQUAL EMPLOYMENT
        OPPORTUNITY COMMISSION
        131 M Street NE, 5th Floor
        Washington, DC  20507 0004

MARY JO O'NEILL
Regional Attorney

SALLY C. SHANLEY
Supervisory Trial Attorney

s/ Nancy E. Griffiths
Trial Attorney

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,
Phoenix District Office
3300 N. Central Ave., Suite 690
Phoenix, Arizona 85012

Attorneys for Plaintiff